Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-12-00024-CV

R. Wayne **JOHNSON**,
Appellant

v.

Elroy **GARCIA** and James Allison,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12,810
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  August 15, 2012

DISMISSED FOR WANT OF PROSECUTION

On May 11, 2012, appellant was informed that the brief he filed on May 7, 2012 flagrantly violated Rule 38.1 of the Texas Rules of Appellate Procedure. Appellant was ordered to file an amended brief no later than June 11, 2012. Appellant was cautioned that if he failed to file an amended brief by the deadline, this court could strike appellant's brief, and prohibit the filing of another brief. TEX. R. APP. P. 38.9(a). Appellant failed to file an amended brief by the given deadline.

On July 5, 2012, this court issued an order striking the brief filed by appellant on May 7, 2012. *Id.* Appellant was ordered to file an amended brief in compliance with Rule 38.1 of the Texas Rules of Appellate Procedure no later than July 25, 2012. This court's order cautioned appellant that the failure to meet this deadline would result in this appeal being dismissed for want of prosecution. TEX. R. APP. P. 38.8(a)(1), 42.3(c). Appellant failed to file an amended brief by July 25, 2012. Accordingly, this appeal is dismissed for want of prosecution.

PER CURIAM